˜AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 1 9 2007

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

KIMBERLY G. BROWN

## JUDGMENT IN A CIVIL CASE

V.

ROBIN L. OSWALD

Case Number: 06-CV-4012

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

We, the jury, find for the Defendant, Robin L. Oswald on the Complaint of Kimberly G. Brown.

3/19/2007
Date

CHRISTOPHER R. JOHNSON
Clerk

*[signature]*
(By) Deputy Clerk