IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**KIMBERLY G. BROWN**                                                              **PLAINTIFF**

V.                               Case No. 06-CV-4012

**ROBIN L. OSWALD**                                                                **DEFENDANT**

### ORDER

On March 26, 2007, Plaintiff filed a Motion for Judgment Notwithstanding of Verdict and a Motion for New Trial.  (Doc. Nos. 16, 17).  On March 27, 2007, a Notice Re Deficiency was filed, notifying Plaintiff that the two motions were not in compliance with Local Rule 7.2; specifically, Plaintiff failed to file a brief in support for either motion.  Pursuant to United States District Court for the Western District of Arkansas Local Rule 7.2(a), all motions "shall be accompanied by a brief consisting of a concise statement of relevant facts and applicable law."  On June 1, 2007, the Court issued an Order to Show Cause as to why a brief had not been filed for either motion.  (Doc. No. 19).  In this Order, the Court directed Plaintiff to file the briefs within ten (10) days and stated that a failure to do so would result in the dismissal of the motions.

On June 11, 2007, Plaintiff filed a brief in support of her Motion for New Trial.  (Doc. No. 20).  Defendant filed a response.  (Doc. No. 21).  The Court denied Plaintiff's Motion for New Trial.  (Doc. No. 23).  As of July 9, 2007, Plaintiff has not filed a brief to accompany the Motion for Judgment Notwithstanding of Verdict.  Accordingly, Plaintiff's Motion for Judgment Notwithstanding the Verdict should be and hereby is **dismissed**.

**IT IS SO ORDERED**, this 9th day of July, 2007.

                                                                    /s/ Harry F. Barnes
                                                                    Hon. Harry F. Barnes
                                                                    United States District Judge